O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
NATHANIEL NEWHOUSE,           ) Case No.  [CV 13-02531 DDP]
                              )           CR 08-01147 DDP ✓
         Petitioner,          )
                              ) ORDER RE PENDING MOTIONS
    v.                        )
                              ) [CV Dkt. Nos. 5, 7, 16, 18, 19]
UNITED STATES OF AMERICA,     )
                              ) [CR Dkt. Nos. 267, 268, 295,
         Respondent.          ) 304, 305]
                              )
_____)
```

Having reviewed the parties' submissions, the court addresses the following pending motions as follows:

1. Petitioner's Request for Leave to Conduct Effective Discovery with Assistance of Appointed Counsel (CV Dkt. No. 5; CR Dkt. No. 267) is DENIED.

2. Petitioner's Motion Requesting Leave to Proceed in Forma Pauperis (CV Dkt. No. 7; CR Dkt. No. 268) is GRANTED.

///

///

3. Petitioner's renewed Request for Appointment of Counsel and Evidentiary Hearing (CV Dkt. No. 18; CR Dkt. No. 304) is DENIED.

4. Petitioner's Application to Unseal Protective Order, or Alternatively, Appoint Habeas Counsel (CV Dkt. No. 19; CR Dkt. No. 305) is DENIED.

5. Petitioner's Application for Discovery and an Extension of Time to File Reply to Government's Opposition to Section 2255 Motion (CV Dkt. No. 16; CR Dkt. No. 295) is DENIED IN PART and GRANTED IN PART as follows: (1) Petitioner's request for discovery is DENIED; (2) Petitioner is granted 60 calendar days from the date of this Order to file a Reply to the government's Opposition to his Section 2255 motion. Should Petitioner fail to file a Reply, the court will consider the submissions filed by the parties as of that date and thereupon issue a final order on the merits of Petitioner's habeas motion.

IT IS SO ORDERED.

Dated: August 13, 2014               DEAD D. PREGERSON
                                     United States District Judge