O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-01147 DDP |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION AND PRO SE |
| | ) | DEFENDANT'S MOTION TO MODIFY |
| v. | ) | SENTENCE UNDER 18 U.S.C. 3582 |
| | ) | |
| NATHANIEL NEWHOUSE, | ) | [DOCKET NUMBER 308] |
| | ) | |
| Defendants. | ) | |

Defendant has moved pro se pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines to have his sentence reduced. Defendant's motion fails because he received a downward departure or variance that resulted in a sentence at or below the low end of his post-Amendment 782 Guidelines range. See United States v. Davis, 739 F.3d 1222, 1224-26 (9th Cir. 2014) (holding that USSG § 1B1.10(b) "prohibits a court from reducing a defendant's sentence to a term that is less than the minimum of the amended guidelines range, except in the case of a defendant who originally received a below-guidelines sentence based on substantial assistance to the government," and rejecting various legal challenges to the prohibition); see also

United States v. Tercero, 734 F.3d 979, 981-84 (9th Cir. 2013) (similar).  Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.


Dated: May 4, 2016

_____
DEAN D. PREGERSON
United States District Judge